Anna Kraus against Louise Birnbaum. No opinion. Motion denied. See, also, 116 N. Y. Supp. 916.

KRAUS, Respondent, v. DENGEL, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Julius Kraus against John F. Dengel. No opinion. Judgment of the Municipal Court affirmed, with costs.

KRESHOWER v. BERGER et al. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Leo J. Kreshower against Morris Berger and others. No opinion. Application granted. Order signed. See, also, 62 Misc. Rep. 613, 116 N. Y. Supp. 20.

KREUSCH, Appellant, v. WERTHER & RAUSCH CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by Robert Kreusch against the Werther & Rausch Company.
PER CURIAM. Judgment reversed, and new trial granted, costs to abide the event, for the error in striking out the evidence respecting the promise of the foreman, and that with such evidence in the case there was a question for the jury, within the authority of Rice v. Eureka Paper Co., 174 N. Y. 385, 66 N. E. 979, 62 L. R. A. 611, 95 Am. St. Rep. 585.
BURR and RICH, JJ., dissent.

KUHN, Respondent, v. BALDWIN'S BANK OF PENN YAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Charles Kuhn against Baldwin's Bank of Penn Yan, N. Y., and another. No opinion. Order affirmed, with $10 costs and disbursements.

KUMIN, Appellant, v. OSWEGO FALLS PULP & PAPER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Samuel Kumin against the Oswego Falls Pulp & Paper Company. No opinion. Judgment affirmed, with costs.

In re KURSHEEDT. (Supreme Court, Appellate Division, First Department. October 22, 1909.) In the matter of Frederick A. Kursheedt, deceased. No opinion. Decree affirmed, with costs. Order filed.

LACKAWANNA STEEL CO., Respondent, v. HAND & JOHNSON TUG LINE, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by the Lackawanna Steel Company against the Hand & Johnson Tug Line, impleaded. No opinion. Order affirmed, with $10 costs and disbursements.

LACKAWANNA STEEL CO., Respondent, v. PIONEER S. S. CO., Appellant, et al. (Su-

preme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by the Lackawanna Steel Company against the Pioneer Steamship Company, impleaded. No opinion. Order affirmed, with $10 costs and disbursements.

LAKE, Respondent, v. SWENSON, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by Louise H. Lake against Snor Albert Swenson.
PER CURIAM. Motion to dismiss appeal from judgment granted. Motion to dismiss appeal from order granted, unless the appellant serve notice of appeal on the respondent personally and take the necessary steps to perfect the appeal within 10 days, in which case the motion is denied, without costs.

LALLY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Lavinia Lally against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with costs. See, also, 116 N. Y. Supp. 470.

In re LAMPORT. (Supreme Court, Appellate Division, First Department. October 22, 1909.) In the matter of Hiram H. Lamport, deceased. No opinion. Decree affirmed, with costs. Order filed.

LAMSEN v. DUNLAP. (Supreme Court, Appellate Division, First Department. June 11, 1909.) Action by Arthur H. Lamsen against Amelia N. Dunlap. No opinion. Motion denied, with $10 costs. Order filed.

LANE, Respondent, v. KOENIG, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Mary A. Lane against C. Augustus Koenig, impleaded. No opinion. Judgment affirmed, with costs.

LANG, Appellant, v. YATES HOTEL CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 6, 1909.) Action by Mary Lang, as administratrix, etc., against the Yates Hotel Company. No opinion. Judgment affirmed, with costs.

LARSON, Respondent, v. BURROUGHS, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1909.) Action by Ole E. Larson against Luemma H. Burroughs. No opinion. Motion for reargument denied, with costs. For former opinion, see 116 N. Y. Supp. 358.

LATHER, Respondent, v. BAMMAN, Appellant. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Conrad Lather against Peter F. Bamman. E. A. Jones, for appellant. O. W. Ehrhorn,